IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE C. CUYLER,

      Plaintiff,

v.                           CASE NO. 4:13cv473-RH/CAS

JEFFERSON COUNTY SHERIFF
DEPARTMENT et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

The Order for Dismissal, ECF No. 9, dismissed the plaintiff's first amended complaint, explained the basis for that ruling, and granted the plaintiff leave to file a second amended complaint by February 20, 2014. In response, the plaintiff filed a motion objecting to the dismissal, but the plaintiff did not file a second amended complaint. For the reasons set out in the Order for Dismissal, the first amended complaint fails to state a claim on which relief can be granted. Accordingly,

      IT IS ORDERED:

      1.      The plaintiff's motion, ECF No. 10, objecting to the Order for Dismissal is DENIED.

2. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice."

3. The clerk must close the file.

SO ORDERED on March 1, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge